IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

VINCENT YOUNG,           )
                         )
    Plaintiff,           )
                         )
v.                       )    CASE NO. CV415-018
                         )
DISTRICT ATTORNEY MEG HEAP, )
LYNDSEY RUDDER, and BRANDON )
THOMAS,                  )
                         )
    Defendants.          )
                         )

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which objections have been filed (Doc. 8). After careful consideration, however, the Court finds Plaintiff's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's claims are hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 6th day of May 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA